UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JAMEL BETTERTON,

                Plaintiff,

     -against-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __12/19/2025__ |

23 Civ. 4947 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the motion for attorney's fees filed by Plaintiff's attorney, Christopher James Bowes. *See* ECF No. 11; *see also* Decl., ECF No. 12; Mem., ECF No. 13. Accordingly, the Court APPROVES the contingent fee arrangement. *See* Decl. ¶ 43; ECF No. 12-1 (fee agreement). Plaintiff secured a fully favorable decision finding her disabled, *see* ECF No. 12-2 (Notice of Award dated November 28, 2025), and the requested fees are reasonable in light of the services rendered. *See Fields v. Kijakazi*, 24 F.4th 845, 853–56 (2d Cir. 2022); *see also* Decl. ¶¶ 23, 30–31, 38–39, 42; Mem. 5–7. Applying a credit under the Equal Access to Justice Act, *see* Decl. ¶¶ 24, 44, the Court approves a net fee of $21,744.87 pursuant to 42 U.S.C. § 406(b).

      SO ORDERED.

Dated: December 19, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge